UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-61385-CIV-LENARD/DUBÉ

**MESSILINA PARKS**,

    Plaintiff,
v.

**MICHAEL J. ASTRUE, Commissioner**
of Social Security,

    Defendant.
_____/

### ORDER ADOPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE (D.E. 22), GRANTING IN PART PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (D.E. 19), DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (D.E. 20), AND REMANDING CASE TO COMMISSIONER

**THIS CAUSE** is before the Court on the Report and Recommendation of the Magistrate Judge ("Report," D.E. 22), issued on April 21, 2011, recommending that the Court: (1) grant in part Plaintiff's Motion for Summary Judgment (D.E. 19); (2) deny Defendant's Motion for Summary Judgment (D.E. 20); and (3) reverse the Commissioner's decision and remand for additional proceedings. Specifically, the Magistrate Judge determined the ALJ's finding that Plaintiff did not suffer from any severe impairments was not supported by substantial evidence. The Report provides the Parties with fourteen (14) days to file objections. To date, neither side has filed any objections to the Report. Failure to timely file objections shall bar parties from attacking on appeal the factual findings

contained in the report. See Resolution Trust Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993). Therefore, after an independent review of the Report and record, it is hereby **ORDERED AND ADJUDGED** that:

1. Consistent with this Order, the Report of the Magistrate Judge (D.E. 22), issued on April 21, 2011, is **ADOPTED**;

2. Plaintiff's Motion for Summary Judgment (D.E. 19), filed on February 2, 2011, is **GRANTED in part**;

3. Defendant's Motion for Summary Judgment (D.E. 20), filed on February 7, 2011, is **DENIED**;

4. The ALJ's December 4, 2009, decision is **REVERSED** and this action is **REMANDED** back to the Commissioner for additional proceedings consistent with this Order and the Magistrate Judge's Report;

5. This case is now **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida this 10th day of May, 2011.

*/s/ Joan A. Lenard*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**